**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

NICOLE DE LA ROSA,

    Debtor.

----------------------------------------------

NICOLE DE LA ROSA,

    Movant,

        v.

    No Respondents.

Bankruptcy No. 25-23186-JCM

Chapter 13

Related to Doc. No. __13__

Document No. _____

**ORDER GRANTING**
**DEBTOR'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH**
**TO FILE COMPLETED SCHEDULES AND ASSOCIATED DOCUMENTS**

Upon consideration of the Debtor's Second Motion for an Extension of Time Within Which to Completed Schedules and Associated Documents, and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the deadline by which the Debtor must cure the deficiencies in the voluntary chapter 13 petition and associated documents shall be extended from December 22, 2025 to January 5, 2026. No further extensions will be granted.

Entered: December 23, 2025

John C. Melaragno,
United States Bankruptcy Judge
SIGNED
12/23/25 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                Case No. 25-23186-JCM

Nicole L. De La Rosa                               Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicole L. De La Rosa, 1305 Knollwood Drive, Monroeville, PA 15146-4415 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2025                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Renee M. Kuruce | |
| | on behalf of Debtor Nicole L. De La Rosa rmk@robletolaw.com apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify. bestcase.com;kuruce.reneeb116873@notify.bestcase.com |

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6