# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> NICOLE L. DE LA ROSA, <br>     Debtor. <br> ------------------------------------------------ <br> NICOLE L. DE LA ROSA, <br>     Movant, <br>         v. <br> No Respondents. | Bankruptcy No. 25-23186-JCM <br><br> Chapter 13 <br><br> Related to Doc. No. __1__ <br><br> Document No. _____ |

## **STATEMENT CONCERNING EMPLOYEE INCOME RECORDS**

    The Debtor, through counsel, files this Statement Concerning Employee Income Records pursuant to 11 U.S.C. § 521(a)(1)(iv) as follows:

    1.    The Debtor is currently unemployed but her most recent employee income records are attached.   The Debtor begins new employment in January 2026.

Date: January 5, 2026

By:/s/ Renee M. Kuruce
Renee M. Kuruce
PA I.D. No. 314691
ROBLETO KURUCE, PLLC
3706 Butler Street
Pittsburgh, PA 15201
Tel:  (412) 925-8194
Fax: (412) 346-1035
rmk@robletolaw.com

# Earnings Statement

```
CO       005618 005614
CU6
US01: US Retail Stores
PA02: NonExempt  PA
```

*Starbucks Corporation*
*2401 Utah Ave South*
*Seattle  WA 98134*

| | |
|---|---|
| Employee ID | █2251 |
| | Page 001 of 001 |
| Period Beg/End: | 11/24/2025 - 12/07/2025 |
| Advice Date: | 12/12/2025 |
| Advice Number: | 1922510007 |

**NICOLE  DE  LA  ROSA**
**1305 KNOLLWOOD  DR**
**MONROEVILLE,  PA 15146**

**For inquiries on this statement please call: 888-728-9411**

Total Hours Worked:     25.49
Basis of Pay:           Hourly
Pay Rate:               19.37

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Cfnd GU Gr | | | | 1,142.40 |
| Digi Tip | | | 11.90 | 22.31 |
| Crd Card Tip | | | 36.56 | 76.73 |
| Regular | 19.37 | 24.52 | 474.95 | 474.95 |
| Training | 19.37 | 0.97 | 18.79 | 856.54 |
| Onboarding p | | | | 19.37 |

**Imputed Income**

| | | | | |
|---|---|---|---|---|
| Spotify | | | 11.00 | 22.00 |
| **Gross Pay** | | | **542.20** | **2,592.30** |

**Tax Deductions**

| | | | |
|---|---|---|---|
| Social Security Tax | | 31.29 | 155.93 |
| Medicare Tax | | 7.31 | 36.46 |
| FED TIP:TX Withholding Tax | | | 1.17 |
| FED TIP:TX Social Security | | 3.01 | 6.16 |
| FED TIP:TX Medicare Tax | | 0.71 | 1.45 |
| PA Withholding Tax | | 15.50 | 77.22 |
| PA Unemployment Tax | | 0.36 | 1.78 |
| PA TIP:TX Withholding Tax | | 1.48 | 3.03 |
| PA TIP:TX Unemployment Ta | | 0.03 | 0.05 |
| PBAY Withholding Tax | | 7.57 | 37.73 |
| PBAY Local Services Tax | | 2.00 | 8.00 |
| PBAY TIP:TX Withholding Tax | | 0.73 | 1.49 |
| **Tax Deduction Total** | | **69.99** | **330.47** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 472.21 | 2,261.83 |

**Direct Deposit Summary**
XXXXXXX2694          472.21

| Other Benefit Info | Earned | Taken | Balance |
|---|---|---|---|
| Protected Sick Time | 2.79 | 0.00 | 2.79 |

**BEN Hours**         69.74

© 2002 Automatic Data Processing (PCSUVO)

---

**Starbucks   Corporation**
2401  Utah  Ave  South
Seattle    WA    98134

| | |
|---|---|
| Advice  Number: | 1922510007 |
| Advice  Date: | 12/12/2025 |

**THIS IS NOT A CHECK**

| **Deposited to the account of** | | **Account Number** | **Transit ABA** | **Amount** |
|---|---|---|---|---|
| NICOLE DE LA ROSA | Checking | XXXXXXX2694 | 044000024 | 472.21 |

# EARNINGS STATEMENT



Litify LLC

185 Madison Avenue
Floor 12
New York, NY 10016

Check No: 9820465

Check Date: 07/17/2025

Pay Period: 07/01/2025 - 07/15/2025

**Nicole Lynn De La Rosa**

**NON-NEGOTIABLE**

1305 Knollwood Dr
Monroeville , PA 15146-4415

Employee ID: ██████5653
Location: Remote PA
Business Title: Director, Insurance Defense

Department: 9X01500
Pay Rate: $160,000.00 Annual

Net Pay

USD **$8,087.38**

## Current Hours and Earnings

| Description | Earnings Range | Rate | Hours | Units | Earnings |
|---|---|---|---|---|---|
| Separation Pay One Time | | 76.923 | 0.00 | 0.00 | 12,307.69 |
| **Gross Pay** | | | **0.00** | **0.00** | **12,307.69** |
| **Fed Taxable Gross** | | | | | **12,307.69** |

## YTD Hours and Earnings

| Description | Hours | Units | Earnings |
|---|---|---|---|
| Separation Pay One Time | 0.00 | 0.00 | 12,307.69 |
| Holiday Pay | 32.00 | 0.00 | 2,461.52 |
| Regular | 1,008.00 | 0.00 | 78,144.58 |
| Discretionary Referral Bonus | 0.00 | 0.00 | 1,000.00 |
| Discretionary Supplemental BNS | 0.00 | 0.00 | 8,000.00 |
| **Gross Pay** | **1,040.00** | **0.00** | **101,913.79** |
| **Fed Taxable Gross** | | | **97,282.93** |

## Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholding | 2,707.69 | | 15,134.02 |
| Fed MED/EE | 178.46 | | 1,449.58 |
| Fed OASDI/EE | 763.08 | | 6,198.21 |
| PA Unempl EE | 8.62 | | 71.34 |
| PA Withholding | 377.84 | | 3,069.13 |
| PA Monroeville Withholding | 184.62 | | 1,499.59 |
| PA Monroeville LS Tax | 0.00 | | 28.08 |
| **Total Taxes** | **4,220.31** | | **27,449.95** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| ANTHEM NY | 0.00 | 0.00 | 1,710.92 |
| Aetna Dental | 0.00 | 0.00 | 93.14 |
| VSP Vision | 0.00 | 0.00 | 138.62 |
| 401k/Roth Combination | 0.00 | 0.00 | 2,688.18 |
| **Total Before Tax Deductions** | **0.00** | **0.00** | **4,630.86** |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Supplemental Life | 0.00 | | 115.20 |
| Supplemental Life | 0.00 | | 48.00 |
| Dependent Life | 0.00 | | 9.10 |
| Supplemental AD and D | 0.00 | | 210.00 |
| Short Term Disability | 0.00 | | 170.24 |
| Long-Term Disability | 0.00 | | 40.31 |
| **Total After Tax Deductions** | **0.00** | | **592.85** |

## Tax Withholding

| Description | Federal | PA State |
|---|---|---|
| Marital Status | H-of-H | N/A |
| Allowance/Credit | 2,000.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

## Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| **Total Taxable** | **0.00** | **0.00** |

| Non-Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| ANTHEM NY | 0.00 | 13,014.14 |
| Aetna Dental | 0.00 | 372.42 |
| Life and AD&D | 0.00 | 35.55 |
| 401k/Roth Combination | 0.00 | 2,688.18 |
| **Total Non-Taxable** | **0.00** | **16,110.29** |
| **Total Benefits** | **0.00** | **16,110.29** |

## Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | 64.00 | 80.00 |
| +Earned | 0.00 | 0.00 |
| -Taken | 0.00 | 0.00 |
| +Adjustments | 0.00 | 0.00 |
| **End Balance** | **64.00** | **80.00** |

## Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Savings | 9688 | 500.00 |
| Checking | 2694 | 7,587.38 |
| **Total** | | **8,087.38** |



TriNet HR III, Inc., 1 Park Place, Suite 600, Dublin, CA 94568-7983
For questions, contact Connect 360 at 800.638.0461

Check #9820465, Page 1 of 2

| Total Deductions | 0.00 | | 5,223.71 |
| --- | --- | --- | --- |
| Net Pay | 8,087.38 | | 69,240.13 |



TriNet HR III, Inc., 1 Park Place, Suite 600, Dublin, CA 94568-7983
For questions, contact Connect 360 at 800.638.0461          Check #9820465, Page 2 of 2