UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Nicole  De La Rosa                          CHAPTER: 13
1305 Knollwood DR                           CASE NUMBER: 25-23186
Monroeville, PA 15146                       CLAIM AMOUNT: $1167.15


Debtors.

_____


### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM


COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim #14, filed 1/20/2026, in the amount of $1167.15.


Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.


This 25th day of February, 2026.


Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314


SO ORDERED
February 25, 2026

_____
John C. Melaragno, Judge   dak
United States Bankruptcy Court
SIGNED
2/25/26 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 25-23186-JCM

Nicole L. De La Rosa | Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 2

Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol       Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicole L. De La Rosa, 1305 Knollwood Drive, Monroeville, PA 15146-4415 |
| | + Shannon Johnson, Jefferson Capital Systems, LLC, 200 14th Avenue E, Sartell, MN 56377-4500 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2026 00:18:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |

District/off: 0315-2                           User: auto                                          Page 2 of 2

Date Rcvd: Feb 25, 2026                        Form ID: pdf900                                  Total Noticed: 3

Keri P. Ebeck
                    on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com  btemple@metzlewis.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Renee M. Kuruce
                    on behalf of Debtor Nicole L. De La Rosa rmk@robletolaw.com
                    apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify.
                    bestcase.com;kuruce.reneeb116873@notify.bestcase.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 7