UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

IN RE:      (Debtors' names)

Nicole L. De La Rosa

CHAPTER 13

CASE NO: 25-23186

# NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| | |
|---|---|
| **Business Name or Full Name of Creditor** (please print legibly or type):<br><br>TD Bank USA, N.A. | |
| **Old Payment Address** (or address to be replaced):<br><br>TARGET NB<br>PO BOX 673<br>MINNEAPOLIS, MN 55440-0673 | **New Payment Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>P.O. Box 93024<br>Las Vegas, NV 89193-3024 |
| **Old Notice Address** (or address to be replaced):<br><br>TARGET NB<br>PO BOX 673<br>MINNEAPOLIS, MN 55440-0673 | **New Notice Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>749 Gateway<br>Suite G-601<br>Abilene, TX 79602 |
| Date: 04/20/2026 | /s/ Jordan Morrison<br>**Signature of person submitting change of address**<br>Name: Jordan Morrison<br>Address: c/o Weinstein & Riley, P.S.<br>749 Gateway, Suite G-601<br>Abilene, TX 79602<br>Phone #: (877) 332-3543 |

**THIS CHANGE APPLIES TO (CHECK ONE): X_____  THIS CASE ONLY;
AT PRIOR ADDRESS.**

48266030